

# NUMBER 13-20-00246-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ANTONIO ARRIAGA AND INEZ ROSALES,                    Appellants,

v.

OBDULIA MARTINEZ ARRIAGA,                    Appellee.

## On appeal from the 197th District Court
## of Willacy County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

Appellants Antonio Arriaga and Inez Rosales filed a notice of appeal from an order

dismissing their lawsuit for lack of jurisdiction.[1] Their brief in the above cause was due on

---

[1] This matter arises from trial court cause number 2015-CV-0316-A in the 197th District Court of Willacy County, Texas. This Court has previously considered an appeal involving these same parties arising from the same trial court cause number. *See Arriaga v. Arriaga*, No. 13-16-00610-CV, 2018 WL 6259254,

October 28, 2020. On November 13, 2020, the Clerk of this Court notified the appellants that their brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of this letter, the appellants reasonably explained the failure and the appellee was not significantly injured by their failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a); *id.* R. 42.3(b). To date, the appellants have not filed a response to the Court's directive. The appellants have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file their brief, or file their brief.

The Court, having examined and fully considered the documents on file and the appellants' failure to file their brief, is of the opinion that this appeal should be dismissed. *See id.* R. 38.8(a) (authorizing the court to "dismiss the appeal for want of prosecution," if appellant fails to timely file a brief, "unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief"); *id.* R. 42.3(b),(c) (authorizing the court to dismiss an appeal "for want of prosecution" or "because the appellant has failed to comply with a requirement of [the appellate rules], a court order, or a notice from the clerk requiring a response or other action within a specified time"); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Accordingly, we dismiss this appeal for want of prosecution and because appellants failed to comply with the requirements of the appellate rules and directives from the Clerk. *See* TEX. R. APP. P. 42.3(b),(c).

JAIME TIJERINA<br>
Justice

---

at *1 (Tex. App.—Corpus Christi–Edinburg Nov. 30, 2018, no pet.) (mem. op.) (affirming an order dismissing a lawsuit filed by Antonio Arriaga and Inez Lara Rosales against, inter alia, Obdulia Martinez Arriaga).

Delivered and filed on the
21st day of January, 2021.